UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SANTONIO BLAIR,<br><br>Petitioner,<br><br>v.<br><br>JEROME PRICE,<br><br>Respondent. | No. 2:16-cv-0132 JAM AC P<br><br><br><br>ORDER |

Petitioner has filed two motions seeking expedited consideration of his petition and requesting the same relief sought in his habeas petition. ECF Nos. 25, 28. The petition is currently fully submitted and will be considered by the court in due time.

Accordingly, IT IS HEREBY ORDERED that petitioner's motions for an expedited ruling (ECF Nos. 25, 28) are denied.

DATED: September 28, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE