1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND SANTONIO BLAIR,              No.  2:16-cv-0132 JAM AC P

12                  Petitioner,

13        v.                              ORDER

14   JEROME PRICE,

15                  Respondent.

16

17        Petitioner has requested the appointment of counsel.  ECF No. 37.  There currently exists

18   no absolute right to appointment of counsel in habeas proceedings.  Nevius v. Sumner, 105 F.3d

19   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A(a)(2) authorizes the appointment of

20   counsel at any stage of the case if "the interests of justice so require."  In the present case, the

21   petition has been fully briefed and there is currently nothing required of petitioner.  The court

22   therefore does not find that the interests of justice would be served by the appointment of counsel

23   at the present time.

24        Petitioner also requests information on how he can proceed due to changes in state law

25   and whether he can file a "plea for remand and resentencing."  ECF No. 37.  The court cannot

26   provide petitioner with legal advice.  If petitioner wishes to attempt to obtain relief in the state

27   courts based on changes in the law, he is free to do so independent of this case and without an

28   ////

order of this court.[1]

      Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 37) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: November 14, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] This court takes no position on the merits of any claims petitioner may seek to present to the state court.