UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SANTONIO BLAIR, | No. 2:16-cv-0132 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| JEROME PRICE, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a motion to have this action remanded to the state superior court for purposes of modifying his sentence under newly enacted state law. ECF No. 39. This action was originally brought in this court, and this court therefore has no authority to remand or transfer it to the sentencing trial court. Petitioner is free to pursue his remedies under state law in the appropriate state court without leave of this court and is advised to do so without delay if that is what he wishes to do.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to remand this case to the state superior court (ECF No. 39) is denied.

DATED: October 2, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE